IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RICHARD E. BELL, JR. and
KAREN K. BELL, Individually and as
Guardians of the Property of BRIAN E. BELL,
BRANDEN R. BELL, and BRIAN E. BELL,

        Plaintiffs,

vs.

FREDERIC A. ROSEN AND JOHNSON
PUBLISHING COMPANY, LLC a/k/a
JOHNSON PUBLISHING COMPANY, INC.,

        Defendants.

CIVIL ACTION

FILE No. 7:16-cv-00016-HL

## PLAINTIFFS' MOTION AND BRIEF TO FILE DOCUMENTS UNDER SEAL

COME NOW Plaintiffs in the above-captioned case, and, within the time permitted by this Court's May 5, 2016 Order granting jurisdictional discovery (ECF 10), file this Plaintiffs' Motion and Brief to File Documents Under Seal, showing the Court as follows:

On May 27, 2016, the parties submitted a Stipulated Protective Order regarding jurisdictional discovery only in the above-captioned case (ECF 12, para. 10, p. 9) prepared by Defendant's counsel. Under paragraph 10 of the protective order, any document or pleading containing "FOR ATTORNEY'S EYES ONLY" information must be filed under seal. Accordingly, Plaintiffs' are submitting under seal their Brief in Opposition To Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (hereinafter "Opposition Brief"), which references facts and exhibits obtained from documents produced by Rosen prior to his

deposition that were all designated "FOR ATTORNEY'S EYES ONLY".[1]

WHEREFORE, Plaintiffs' request that their Motion to File Documents Under Seal be granted.

Respectfully submitted this 15th day of June, 2016.

                        **LADSON LAW FIRM, P.C.**

By:   /s/ M. Brice Ladson
       M. BRICE LADSON
       Ga. Bar No. 431071
       **ATTORNEY FOR THE PLAINTIFFS**

10375 Ford Avenue
3 Executive Court
P.O. Box 2819
Richmond Hill, Georgia 31324
(912) 459-1118

**OLIVER MANER LLP**
Patrick T. O'Connor
Ga. Bar No. 548425
Paul H. Threlkeld
Ga. Bar No. 710731
Lauren E. H. Meadows
Ga. Bar No. 575757
**ATTORNEYS FOR THE PLAINTIFFS**

PO Box 10186
Savannah, Georgia 31412
(912) 236-3311

---

[1] Plaintiffs' do not agree that this motion should be necessary since the documents at issue have been improperly classified "FOR ATTORNEY'S EYES ONLY". Plaintiffs' are thus filing a separate Motion to unseal the Rosen discovery materials used as exhibits in their Opposition Brief.

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RICHARD E. BELL, JR. and
KAREN K. BELL, Individually and as
Guardians of the Property of BRIAN E. BELL,
BRANDEN R. BELL, and BRIAN E. BELL,

    Plaintiffs,

vs.

FREDERIC A. ROSEN AND JOHNSON
PUBLISHING COMPANY, LLC a/k/a
JOHNSON PUBLISHING COMPANY, INC.,

    Defendants.

CIVIL ACTION

FILE No. 7:16-cv-00016-HL

### Certificate of Service

I hereby certify that I have this day served a copy of the foregoing Motion upon all parties to this matter by filing this Motion electronically with the United States District Court, Middle District of Georgia, Valdosta Division, addressed to counsel of record as follows:

> Gail Podolsky
> Carlton Fields Jorden Burt, P.A.
> 1201 West Peachtree Street, Suite 3000
> Atlanta, Georgia  30309
> gpodolsky@carltonfields.com

THIS 15th day of June, 2016.

**LADSON LAW FIRM, P.C.**

By:  /s/ M. Brice Ladson
M. BRICE LADSON
Ga. Bar No. 431071
**ATTORNEY FOR THE PLAINTIFFS**

10375 Ford Avenue
3 Executive Court
P.O. Box 2819
Richmond Hill, Georgia 31324
(912) 459-1118

                                              **OLIVER MANER LLP**
                                              Patrick T. O'Connor
                                              Ga. Bar No. 548425
                                              Paul H. Threlkeld
                                              Ga. Bar No.  710731
                                              Lauren E. H. Meadows
                                              Ga. Bar No. 575757
                                              **ATTORNEYS FOR THE PLAINTIFFS**

PO Box 10186
Savannah, Georgia  31412
(912) 236-3311

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RICHARD E. BELL, JR. and
KAREN K. BELL, Individually and as
Guardians of the Property of BRIAN E. BELL,
BRANDEN R. BELL, and BRIAN E. BELL,

    Plaintiffs,

vs.

FREDERIC A. ROSEN AND JOHNSON
PUBLISHING COMPANY, LLC a/k/a
JOHNSON PUBLISHING COMPANY, INC.,

    Defendants.

CIVIL ACTION

FILE No. 7:16-cv-00016-HL

## ORDER

Plaintiffs having filed their Motion to File Documents Under Seal pursuant to the Stipulated Protective Order of the parties dated May 27, 2016 in the above-captioned case,[1] and it appearing to the Court that the Stipulated Protective Order requires that substantial portions of Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction be filed under seal,

IT IS HEREBY ORDERED that Plaintiffs' Motion to File Motion Under Seal is GRANTED, and that Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, with attached exhibits, be filed under seal.

THIS 15th day of June, 2016.

---

[1] Plaintiff's' are filing a separate Motion to unseal the Rosen discovery materials used in their Brief in opposition to Defendant's Motion to Dismiss for Lack of subject Matter Jurisdiction.

By: _____
The Honorable HUGH LAWSON,
Senior Judge
United States District Court –
Middle District of Georgia –
Valdosta Division

SUBMITTED BY:

**LADSON LAW FIRM, P.C.**
**M. BRICE LADSON**
10375 Ford Avenue
3 Executive Court
P.O. Box 2819
Richmond Hill, Georgia 31324
(912) 459-1118

**OLIVER MANER LLP**
Patrick T. O'Connor
Ga. Bar No. 548425
Paul H. Threlkeld
Ga. Bar No. 710731
Lauren E. H. Meadows
Ga. Bar No. 575757
PO Box 10186
Savannah, Georgia  31412
(912) 236-3311

**ATTORNEYS FOR THE PLAINTIFFS**